UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Danny J Jackson<br>    Stacey B Broussard-Jackson<br>           Debtor(s) | Case No. 13 B 21395 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/21/2013.

2) The plan was confirmed on 07/31/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Dismissed on 08/03/2016.

6) Number of months from filing to last payment: 38.

7) Number of months case was pending: 45.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $33,110.00 |
| Less amount refunded to debtor | $1,306.81 |

**NET RECEIPTS:** $31,803.19

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,801.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,227.91 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,028.91

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advance America | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| American Collection Corp | Unsecured | 1,057.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | NA | 522.43 | 522.43 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 0.00 | 306.85 | 306.85 | 0.00 | 0.00 |
| Arnoldharris | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| Asset Resources | Unsecured | 387.00 | NA | NA | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 0.00 | 510.00 | 510.00 | 0.00 | 0.00 |
| Bottom Dollar Payday Loan | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Caliber Home Loans Inc | Secured | 86,811.32 | 92,004.30 | 92,004.30 | 0.00 | 0.00 |
| Caliber Home Loans Inc | Secured | 26,534.99 | 31,676.63 | 26,534.99 | 13,790.17 | 0.00 |
| Cap One | Unsecured | 652.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 11,188.00 | 19,796.30 | 19,796.30 | 0.00 | 0.00 |
| Cardinal Management | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services LLC | Unsecured | 691.00 | 668.51 | 668.51 | 0.00 | 0.00 |
| Check N Go | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Citizens Finance Company | Unsecured | 2,938.00 | 5,738.94 | 5,738.94 | 0.00 | 0.00 |
| City of Blue Island | Unsecured | 2,700.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 780.00 | 2,366.75 | 2,366.75 | 0.00 | 0.00 |
| City of Harvey | Secured | 530.29 | 0.00 | 530.29 | 360.00 | 0.00 |
| Clx Systems Inc | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Collection | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| Collection Company Of | Unsecured | 427.00 | NA | NA | 0.00 | 0.00 |
| Collections Unlimite | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 320.00 | 3,412.58 | 3,412.58 | 0.00 | 0.00 |
| Contract Callers Inc | Unsecured | 3,413.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 3,216.00 | 3,216.26 | 3,216.00 | 3,216.00 | 0.00 |
| Cook County Treasurer | Unsecured | NA | 0.26 | 0.26 | 0.00 | 0.00 |
| Department Of Education | Unsecured | 9,500.00 | 16,934.97 | 16,934.97 | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 436.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Dependon Collection Service | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 1,039.00 | NA | NA | 0.00 | 0.00 |
| East Bay Funding | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 36,669.00 | 47,025.65 | 47,025.65 | 0.00 | 0.00 |
| Enhanced Recovery Co L | Unsecured | 427.00 | NA | NA | 0.00 | 0.00 |
| Ffcc Columbus Inc | Unsecured | 1,686.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 248.00 | NA | NA | 0.00 | 0.00 |
| Get Cash USA | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Global Acceptnc Cr Co | Unsecured | 2,423.00 | NA | NA | 0.00 | 0.00 |
| Global Payments | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| Harvard Collection | Unsecured | 742.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 1,308.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 1,041.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Money Mutual | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Mrsi | Unsecured | 2,992.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 200.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| Nationcoll | Unsecured | 429.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| NCO - Medclr | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| Nco Fin/09 | Unsecured | 782.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1,385.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Nrthn Resol | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| OAC | Unsecured | 702.00 | NA | NA | 0.00 | 0.00 |
| Oneclickcash.com | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Secured | 8,847.53 | 16,525.00 | 8,847.53 | 8,847.53 | 560.58 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 726.33 | 726.33 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 8,373.55 | 8,373.55 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 200.00 | 186.00 | 186.00 | 0.00 | 0.00 |
| Professnl Acct Mgmt In | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| RAC Acceptance | Unsecured | 1,980.00 | NA | NA | 0.00 | 0.00 |
| RAC Acceptance | Unsecured | 1,560.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 1,228.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| Special Education Services | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Stuart Allan & Assoc | Unsecured | 428.00 | NA | NA | 0.00 | 0.00 |
| Superior Mgt | Unsecured | 922.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Management | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 0.00 | 309.11 | 309.11 | 0.00 | 0.00 |
| Usa Payday Loans | Unsecured | 702.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank NA | Secured | 4,600.00 | 4,964.87 | 4,964.87 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $92,004.30 | $0.00 | $0.00 |
| Mortgage Arrearage | $26,534.99 | $13,790.17 | $0.00 |
| Debt Secured by Vehicle | $33,608.70 | $8,847.53 | $560.58 |
| All Other Secured | $3,746.29 | $3,576.00 | $0.00 |
| **TOTAL SECURED:** | **$155,894.28** | **$26,213.70** | **$560.58** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$88,041.93** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,028.91 |
| Disbursements to Creditors | $26,774.28 |
| **TOTAL DISBURSEMENTS:** | **$31,803.19** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/13/2017                    By: /s/ Marilyn O. Marshall
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**